UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00020-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| KORLIS HARRIS | ) | |

Upon defendant's motion to seal [DE 48], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 48] be Sealed and remain sealed until such time as the Court may direct [DE 48] be unsealed.

So Ordered, this the **24** day of October, 2016.

James C. Dever III
Chief United States District Judge